**Schulte Roth&Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2093

Writer's E-mail Address
Mark.Garibyan@srz.com

January 21, 2021

**BY ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Cerberus Business Finance, LLC, v. Matthew J. Martin, et al.*, 20-cv-01030
           Stay of Deadlines

Dear Hon. Koeltl:

      We write on behalf of Cerberus Business Finance, LLC, Plaintiff in the above-referenced matter.

      As the Court is aware, Plaintiff and Defendants have been working towards finalizing a settlement agreement and several ancillary agreements to effectuate the parties' compromise.[1]  The deadlines in this case were stayed until January 21, 2021 to allow the parties to finalize the settlement documents and for Defendant Matthew J. Martin (in his personal capacity) to dismiss his pending Chapter 11 bankruptcy case (a necessary condition to the settlement).

      Defendant Martin's motion to dismiss his bankruptcy case was granted on December 15, 2020.[2]  The settlement documents are also in agreed-upon form.  Defendant Martin is currently gathering the funds to remit the settlement consideration to Plaintiff, which, once made, will obviate this action.

      Accordingly, after conferring with counsel for Defendants and receiving their consent to this request, we write to respectfully request Your Honor to extend the stay in this action for 15 days from January 21, 2021 to February 5, 2021.  We believe that this approach will best preserve judicial resources as the parties work towards executing their settlement.

---

[1] Dkt. No. 23.
[2] *In re: Matt Jasper Martin*, 20-bk-40126 (Dkt. No. 70) (Bankr. S.D. Tex. Dec. 15, 2020).

DOC ID - 35634424.1

January 21, 2021
Page 2

                                                  Respectfully submitted,

                                                  */s/ Mark L. Garibyan*

cc: Counsel of Record (By ECF and Email)

---

Application granted.

SO ORDERED.

                                /s/ John G. Koeltl

New York, New York       John G. Koeltl
January 22, 2021             U.S.D.J.

DOC ID - 35634424.1